AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

SHANNON GIFFORD, individually and on behalf of similarly situated persons,

Plaintiff

v.

DR PIZZA, INC. and DAVID KEARNS,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:22-cv-00707-TS-JCB

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants DR Pizza, Inc. and David Kearns.

September 17, 2025

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge